PD-1312&1313-15

IN THE
TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

Gordon, Steven Lee §
    (Petitioner) §
                §      Cause No. _____
v. §
                §
THE STATE OF TEXAS §
    (Respondent) §

PETITIONER'S FIRST REQUEST FOR EXTENDED TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW AND
REQUEST TO SUSPEND T.R.A.P. RULE 9.3(b)

RECEIVED IN
COURT OF CRIMINAL APPEALS

TO THE HONORABLE JUSTICE(S) OF SAID COURT:

OCT 05 2015

    COMES NOW, **Steven Lee Gordon**, Petitioner, proceeding pro se and indigent Abel Acosta, Clerk

in the above-styled and numbered cause, and respectfully asks this Honorable

Court to extend the filing deadline date for an additional (60) days, thus

allowing Petitioner to prepare and present a meaningful Petition for Discretionary

Review. In addition, Petitioner requests that due to his INDIGENT status, that

T.R.A.P. Rule 9.3(b) be suspended pursuant to T.R.A.P. Rule 2, allowing

Petitioner to file ONLY the original Petition for Discretionary Review instead

of the required (11) copies, as required by Rule 9.3(b)(1).

    In support thereof, Petitioner would show the Court the following:

1.  The Fifth District Court of Appeals affirmed Petitioner's conviction for
cause no. 05-14-00824-CR (trial cause no. 219-81751-2013) on August 20, 2015.
05-14-00942-CR

2.  Petitioner timely filed a motion for rehearing and a motion requesting En
Banc Reconsideration, which the Fifth District Court of Appeals denied on
September 24, 2015.

3.  Petitioner submits that he does NOT have the legal skills capable to handle
this proceeding and requires assistance from a fellow inmate due to the
complexity of the issues involved with the case.

4.  Petitioner was indigent during trial as well as during the appellate
proceedings and continues to be indigent.

5.  Petitioner is NOT requesting additional time to file his PDR to harass
Respondent nor delay proceedings, but for the sole purpose of preparing
and presenting a meaningful Petition for Discretionary Review.

    WHEREFORE, PREMISES CONSIDERED, Petitioner asks this Court to grant this

motion, extending the filing deadline date for his Petition for Discretionary

Review for an additional (60) days, or any additional time this Court deems

appropriate. ADDITIONALLY, Petitioner asks that, due to his indigent status,

1

that T.R.A.P. Rule 9.3(b) be suspended pursuant to T.R.A.P. Rule 2, allowing Petitioner to file ONLY the original of his Petition for Discretionary Review in this Court.

Executed this 2nd day of October, 2015.

Respectfully submitted,

Steven Gordon - Petitioner
Pro Se Representation
TDCJ #1934396
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Request for Extended Time to File Petition for Discretionary Review and Request to Suspend T.R.A.P. Rule 9.3(b) was delivered to Respondent via U.S. Postal Service, postage prepaid, addressed to Andrea Westerfield, lead attorney for the State of Texas, Collin County Criminal District Attorney's Office, 2100 Bloomdale Road, Ste. 100, McKinney, Texas, 75071 on October 2, 2015.

Respectfully submitted,

Steven Gordon - Petitioner
Pro Se Representation
TDCJ #1934396
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705

2